# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Robert E. Allen

**Direct Dial**
310.282.6280
**Direct Fax**
310.785.3580
**Email**
rallen@glaserweil.com

May 29, 2024

<u>VIA ACMS</u>

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
PO Box 193939
San Francisco, CA 94119-3939

Re: *Sedlik v. Von Drachenberg, et al.*
 **Case No. 24-3367 / Originating USDC Case No. 2:21-cv-001102-DSF-MRW**

Dear Ms. Dwyer,

  I am writing in response to the Court's May 29, 2024 Docketing Notice for the captioned case, which states "The $605 docketing fee remains due."

  On the advice of your office that we received via phone today, Appellant/Plaintiff Jeffrey Sedlik is filing, concurrently herewith, the District Court's Notice of Docket Activity containing details of its receipt of payment of the $605 fee for Sedlik's Notice of Appeal, filed May 22, 2024.

  We respectfully request that the Court adjust its records to reflect that the docketing fee has been paid in full.

Sincerely,

*Robert E. Allen*

ROBERT E. ALLEN
of GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

REA:lo

MERITAS LAW FIRMS WORLDWIDE

2410748.1