| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-01102-DSF-MRW Jeffrey B. Sedlik v. Katherine Von Drachenberg et al Notice of Appeal to 9th Circuit Court of Appeals |
| **Date:** | Wednesday, May 22, 2024 1:22:58 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Allen, Robert on 5/22/2024 at 1:16 PM PDT and filed on 5/22/2024

| | |
|---|---|
| **Case Name:** | Jeffrey B. Sedlik v. Katherine Von Drachenberg et al |
| **Case Number:** | 2:21-cv-01102-DSF-MRW |
| **Filer:** | Jeffrey B. Sedlik |

**WARNING: CASE CLOSED on 01/30/2024**

**Document Number:** 252

**Docket Text:**
**NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Plaintiff Jeffrey B. Sedlik. Appeal of Order on Motion for Reconsideration, [160], Order on Motion to Exclude[71], Order on Motion for Summary Judgment,, Order on Motion for Summary Adjudication,,, [69], Order on Motion to Quash Trial Subpoena[200], Order[206], Order on Motion for Costs, [244], Order[207], Order on Motion for Judgment as a Matter of Law[249], Order on Motion in Limine to Exclude,, Order on Motion in Limine to allow, Order on Motion in Limine to Prevent,,, Order on Motion in Limine to Bifurcate, [201], Order, Set/Reset Hearing[25], Judgment, [223]. (Appeal Fee - 605.00 Previously Paid on 05/22/2024, Receipt No. 37516928.) (Attachments: # (1) Exhibit A - [223] Judgment, # (2) Exhibit B - [25] Civil Minutes, # (3) Exhibit C - [69] Order, # (4) Exhibit D - [71] Order, # (5) Exhibit E - [160] Order, # (6) Exhibit F - [200] Order, # (7) Exhibit G - [201] Order, # (8) Exhibit H - [206] Rulings on Evidentiary Objections to Trial Exhibits, # (9) Exhibit I - [207] Rulings on Evidentiary Objections to Vanegas Deposition, # (10) Exhibit J - [217] Jury Verdict, # (11) Exhibit K - [219] Jury Instructions, # (12) Exhibit L - [244] Order, # (13) Exhibit M - [249] Order, # (14) Exhibit N - Representation Statement)(Allen, Robert)**

**2:21-cv-01102-DSF-MRW Notice has been electronically mailed to:**

Allen B Grodsky     allen@thegolawfirm.com

Jason Linger     jlinger@glaserweil.com, docket@glaserweil.com, learly@glaserweil.com

Lara Alexandra Petersen     lpetersen@glaserweil.com

Robert Edward Allen     rallen@glaserweil.com, docket@glaserweil.com, learly@glaserweil.com, loropeza@glaserweil.com, robert@ipcounsel.me

**2:21-cv-01102-DSF-MRW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2024-05-22 Plaintiff Sedlik Notice of Appeal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-0
] [c0113aeff704498e5584a1a07a73e79738ff24a008e1cb54c63eab6f0358b79a82e
b3eaadca3a85b0d57cab435019aa9323cff8ab234f6660ec37e0d13590472]]
**Document description:** Exhibit A - [223] Judgment
**Original filename:** C:\fakepath\Exhibit A - [223] Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-1
] [216a3a201d985d1a1585cb7f620319d8f68f5465095806b4ba048f588665c62e255
bc0c02bc6137142e81fafc9e91d68f13b61b495e8a48908d1b1d9a435ae06]]
**Document description:** Exhibit B - [25] Civil Minutes
**Original filename:** C:\fakepath\Exhibit B - [25] Civil Minutes.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-2
] [3676b0231cff46305d812ba96387651ab2db1e304e9770023fc6011cb2167587385
a3b28cb64578639d40c3f379c4e58e5112ef02bfb5888a14ebcc79e0cec5d]]
**Document description:** Exhibit C - [69] Order
**Original filename:** C:\fakepath\Exhibit C - [69] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-3
] [9ef80812d0cb52d56842c18ad44cd3d6d30eecfd3b63251158f50655a29b52293e9
5b52b1a12a0e245beb2a714c2d5f75da11193a881ac4678c45aff72eb6a86]]
**Document description:** Exhibit D - [71] Order
**Original filename:** C:\fakepath\Exhibit D - [71] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-4
] [91435d9956eeba546cd3c6b502c5cc17ddc918fda5144728081fd86a4c8c243293b
6cd7f3ec6280c67f53b6fe2ab2e5e1abb9aae63c6e17a6282dd462ed555e3]]
**Document description:** Exhibit E - [160] Order
**Original filename:** C:\fakepath\Exhibit E - [160] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-5

] [c27d73dd24ad630615fb813e8fb5580e1c08dd31778ff29f1cc6c8b9434cf192e61f279839d0ff4b534d4d35f1d968238bd977adddd09222266b0f6b7158452d]]
**Document description:**Exhibit F - [200] Order
**Original filename:**C:\fakepath\Exhibit F - [200] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-6
] [c430ef9994a433435ce1b36bb307ac1d88054a9b83e9f00c443dff71dd7a5beb1a1e4c4e0e2bb19936fd5b72defec9b23783e116348fb04de8d3f27e03f1b8b0]]
**Document description:**Exhibit G - [201] Order
**Original filename:**C:\fakepath\Exhibit G - [201] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-7
] [6b3785086f397cbfa18d596b570082dd3a332bfb134f672cd567422a5da66cecbc6ff8b49246eb38a6cbe5ae1bddf8819f6747b3a5f722afed13a5ded9a91f36]]
**Document description:**Exhibit H - [206] Rulings on Evidentiary Objections to Trial Exhibits
**Original filename:**C:\fakepath\Exhibit H - [206] Rulings on Evidentiary Objections to Trial Exhibits.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-8
] [000a8d0b583c2b7a576bf00e0d25ee09408c4462c90a4a3556c10cb3390304c90a3cd2c94e069b44fd8087efd38fc0b6be11e5047b48efc53934d247710f6cc0]]
**Document description:**Exhibit I - [207] Rulings on Evidentiary Objections to Vanegas Deposition
**Original filename:**C:\fakepath\Exhibit I - [207] Rulings on Evidentiary Objections to Vanegas Deposition.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-9
] [4490beb9740368c59931b46c0093d8effd9a916a771c1e715d9995eadf063dc1ce97a027e242d47a7f3fe8207c88df6eefa19606be4c2028506f97b6de9b851d]]
**Document description:**Exhibit J - [217] Jury Verdict
**Original filename:**C:\fakepath\Exhibit J - [217] Jury Verdict.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-10] [6d6773613dff53234d7422f22e06f46383906c0a103eb910985c7db72b0167bfe0c42a225d20fca29f89510968e5040ba3195989e364e9bd7d5991fde4570197]]
**Document description:**Exhibit K - [219] Jury Instructions
**Original filename:**C:\fakepath\Exhibit K - [219] Jury Instructions.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-11] [05918db1edaf4fff6bbde82fd069bc2ae93aefe26d7a9c3279b23b063ddb7aead55133f2942841083871e7b6b3db8423b4ac508f751838fac7a93146a83c45da]]
**Document description:**Exhibit L - [244] Order
**Original filename:**C:\fakepath\Exhibit L - [244] Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-12] [136a5d60a844e878c29721378cd119840a8b1f089ff980a46d65e08be9d4fb7423f7ceb352b49410dfc649837aafff93a8a0cc35646cf8a1e96853236ffd53a0]]
**Document description:**Exhibit M - [249] Order
**Original filename:**C:\fakepath\Exhibit M - [249] Order.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-13] [849f9162615e11e82725a4856e7fa5a99773e677ba2afdb79401bdc1cdfcdc545081b70eff03983320b1b458989491767f3daae9a761aa9d70c6739359063025]]
**Document description:**Exhibit N - Representation Statement
**Original filename:**C:\fakepath\Exhibit N - Representation Statement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2024] [FileNumber=37972974-14] [56bd8b34fc4fe2bf0c4fe95a1e87cd1a2dcf4c4651db7a7b6e048212199aac7520f7461d9ddbd20abb1dad2dce2fd459ab723bae80f81f7b7b3fa7f6347835ec]]