No. 24-3367

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEFFREY B. SEDLIK,

*Plaintiff-Appellant,*

v.

KATHERINE VON DRACHENBERG,
KAT VON D, INC., HIGH VOLTAGE
TATTOO, INC.,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-01102
Hon. Dale S. Fischer

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPENING BRIEF;
DECLARATION OF ROBERT E. ALLEN**

| | |
|---|---|
| Robert E. Allen | William F. Patry |
| Jason C. Linger | MAYER BROWN LLP |
| GLASER WEIL FINK HOWARD | 1221 Avenue of the Americas |
| JORDAN & SHAPIRO LLP | New York, New York 10020-1001 |
| 10250 Constellation Blvd., Floor 19 | (212) 506-2364 |
| Los Angeles, CA 90067 | |
| (310) 553-3000 | |

*Attorneys for Plaintiff-Appellant Jeffrey B. Sedlik*

For the reasons stated herein, and pursuant to Ninth Circuit Rule 31-2.2(b), and Rule 26(b) of the Federal Rules of Appellate Procedure, Plaintiff-Appellant Jeffrey B. Sedlik ("Appellant") respectfully submits this <u>unopposed</u> motion for a thirty (30) day extension to file its opening brief ("Opening Brief") on or before October 14, 2024.

## MEMORANDUM OF POINTS AND AUTHORITIES

On May 22, 2024, Plaintiff-Appellant Jeffrey B. Sedlik ("Appellant") filed his notice of appeal from the judgment entered on January 30, 2024 in the district court. Appellant was granted one streamlined extension to file its opening brief pursuant to Ninth Circuit Rule 31-2.2(a). The current deadline for Appellant to file its Opening Brief is September 13, 2024. Declaration of Robert E. Allen ("Allen Decl.," ¶ 2). Pursuant to Ninth Circuit Rule 31-2.2(b), this motion is being filed seven days prior to the current deadline.

Appellees have consented to this requested extension. Allen Decl. ¶ 8.

Good cause exists for the requested extension. The offices of Glaser Weil LLP were largely shut down from August 23 to September 3, 2024 due to outages within the firm's computer network. Allen Decl. ¶ 4. During that period, the work of Appellant's counsel (Robert Allen and Jason Linger) was severely disrupted, as they had no access to the firm's shared network folders, including the case file in this matter. *Id.* Mr. Allen and Mr. Linger have continued to face disruptions to

1

their preparation of the opening brief, as they still do not have access to some documents, and the network is continuing to experience intermittent disruptions while it is repaired by IT professionals. *Id.*

Moreover, Mr. Allen and Mr. Linger will be engaged in trial starting on September 16, 2024 in New York City in *Michael Gaffney v. Muhammad Ali Entities et al.*, Lead Case No. 1:18-cv-08870 (S.D.N.Y.). Allen Decl. ¶ 5. Over the last several weeks, Mr. Allen and Mr. Linger's trial preparation has been impacted by the firm-wide network issues. *Id.* Mr. Allen and Mr. Linger are scheduled to be in New York from September 13 until at least September 21, 2024.

Finally, Mr. Linger served as the principal drafter of an opening appellate brief in *Hafeman v. Google LLC*, Lead Case No. 24-1600 (Fed. Cir.), filed on September 3, 2024. *Id.* ¶ 6.

Given the complexity and novelty of the issues presented in this appeal, including substantial similarity, fair use, and the exclusion of evidence, as well as the complicated posture involving summary judgment, reconsideration, a jury trial, and post-trial motions, Appellant's counsel needs additional time to coordinate and finalize its Opening Brief.

Despite the significant, unexpected IT challenges described above and counsel's other past and upcoming deadlines, Appellant has exercised diligence

in connection with this appeal and fully intends to file the Opening Brief within the time requested. *Id.* ¶ 7.

Appellant has obtained all designated transcripts required for his appeal. *Id.* ¶ 9.

Dated: September 6, 2024          Respectfully submitted,

*/s/ Robert E. Allen*
Robert E. Allen
Jason C. Linger
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Blvd., Floor 19
Los Angeles, CA 90067
(310) 553-3000

William F. Patry
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
(212) 506-2364

*Attorneys for Appellant*
*Jeffrey B. Sedlik*

## DECLARATION OF ROBERT E. ALLEN

1. I am a partner in the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP, counsel of record for Appellant Jeffrey B. Sedlik ("Appellant") in the above-captioned action. I have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Appellant's Opening Brief is currently due on September 13, 2024. Appellant's Opening Brief was first due on August 14, 2024 pursuant to Court Order. This date was extended to September 13, 2024 as a result of Appellant's Ninth Circuit Rule 31-2.2(a) streamlined extension request.

3. Appellant requests an additional thirty (30) day extension to file its Opening Brief on or before October 14, 2024.

4. Glaser Weil LLP's offices were largely closed from August 23 to September 3, 2024 due to outages within the firm's computer network. During that period, our work was severely disrupted, as we had no access to the firm's shared network folders, including the case file in this matter. We have continued to face disruptions to our preparation of the opening brief, as we still do not have access to some documents, and the network is continuing to experience intermittent disruptions while it is repaired by IT professionals.

5. Moreover, Mr. Linger and I will be engaged in trial starting on September 16, 2024 in New York City in *Michael Gaffney v. Muhammad Ali*

*Entities et al.*, Lead Case No. 1:18-cv-08870 (S.D.N.Y.). Over the last several weeks, our trial preparation has been impacted by the firm-wide network outage. We are currently scheduled to be in New York from September 13 until at least September 21, 2024.

6. Finally, Mr. Linger served as the principal drafter of an opening appellate brief in *Hafeman v. Google LLC*, Lead Case No. 24-1600 (Fed. Cir.), filed on September 3, 2024.

7. Given the significant, unexpected IT challenges and other past and upcoming case deadlines, Appellant has exercised diligence in connection with this appeal and fully intends to file its Opening Brief within the time requested.

8. Counsel for Appellee has advised that he does not have any objection to the requested continuance.

9. Appellant has requested and obtained all transcripts necessary for his appeal, and therefore, the court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 6, 2024, at Los Angeles, California.

                                                  */s/ Robert E. Allen*
                                                  ROBERT E. ALLEN

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, pursuant to Circuit Rule 30-1.3.

                                        */s/ Robert E. Allen*
                                        Robert E. Allen