# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 24-3367

**Case Name**: Sedlik v. Von Drachenberg, et al.

**Hearing Location** (*city*): Pasadena

**Your Name**: Robert E. Allen

List the sitting dates for the two sitting months you were asked to review:

July 14-18, 2025
August 11-15 and 18-22, 2025

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

August 11-15: I am scheduled to be in trial in LA County Superior Court (Edmunds v. Coleman, Case No. 21STCV35648).

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**: s/ Robert E. Allen       **Date**: 3/17/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                New 12/01/2018