

June 6, 2025

Allen B. Grodsky
agrodsky@leechtishman.com

**VIA ECF**

Molly Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P. O. Box 193939
San Francisco, CA 94119-3939

  Re: Sedlik v. Von Drachenberg, et al.; Case No. 24-3367

Dear Ms. Dwyer:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Ninth Circuit Rule 28-6, Appellees Katherine Von Drachenberg and High Voltage Tattoo, Inc. call the Court's attention to *Woodland v. Hill*, __ F.4th __, 2025 WL 1417103 (9th Cir. May 16, 2025), which supports affirmance of the judgment here for several reasons.

In *Woodland*, the Ninth Circuit affirmed dismissal of a copyright infringement claim involving photographic works in part on grounds of lack of substantial similarity. The Court reaffirmed that, to prove copyright infringement, it is not sufficient to show that defendant copied the work; plaintiff must additionally prove unlawful appropriation which requires satisfaction of both the intrinsic and extrinsic tests. *Id.* at *2, *6. The Ninth Circuit also confirmed that, as Respondents have argued here, the intrinsic test is "reserved exclusively for the trier of fact." *Id.* at *6, *quoting*, *Williams v. Gaye*, 895 F.3d 1106, 119 (9th Cir. 2018).

While Appellees believe that this Court can affirm solely on the basis of the intrinsic test, *Woodland* also supports affirmance on the extrinsic test. The Court held that "the individual elements in photographs – the poses, lighting, costumes, and makeup – are not themselves protected from infringement." *Id*. at *6. These objective elements – even if "highly original" – are unprotected. *Id*. Rather, it is the combination of such elements, rather than any elements standing alone, that are protectible. *Id*. In their brief, Appellees explain why there is substantial evidence in the record to support the jury's implied finding under the extrinsic test that the combination of elements in Appellant's photograph is different than that in each of the other challenged works.

Appellant has argued that the differences between his photograph and the challenged works are irrelevant. But *Woodland* holds that differences in the works may, in fact, be identified "to explain why there is no substantial similarity." *Id.* at *7 n.4.

LEECH TISHMAN NELSON HARDIMAN, INC.

1100 Glendon Avenue, 14th Floor | Los Angeles, CA 90024 | T: 424.738.4400 | F: 424.738.5080

leechtishman.com

Molly Dwyer, Clerk of Court
June 6, 2025
Page 2

Under these principles, the jury's verdict is supported by substantial evidence and should be affirmed.

                              Very truly yours,

                              */s/ Allen B. Grodsky*

ABG/mdw
cc: Counsel for Appellants (by ECF)

Molly Dwyer, Clerk of Court
June 6, 2025
Page 3