**FILED**

FEB 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>KATHERINE VON DRACHENBERG, an individual; AKA Kat Von D; et al.,<br><br>Defendants - Appellees. | No. 24-3367<br><br>D.C. No. 2:21-cv-01102-DSF-MRW<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

Appellees are ordered to file a response to Appellant's Petition for Rehearing En Banc (Dkt. No. 100). The response is not to exceed fifteen pages or 4,200 words, and must be filed within twenty-one days from the date of this order.