**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>   Appellant,<br><br> v.<br><br>KATHERINE VON DRACHENBERG, AKA Kat Von D, an individual; KAT VON D, INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation,<br><br>   Appellees. | No. 24-3367<br><br>D.C. No.<br>2:21-cv-01102-DSF-MRW<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.