**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Appellant,<br><br>v.<br><br>KATHERINE VON DRACHENBERG, AKA Kat Von D, an individual; KAT VON D, INC., a California corporation; HIGH VOLTAGE TATTOO, INC., a California corporation,<br><br>Appellees. | No. 24-3367<br><br>D.C. No. 2:21-cv-01102-DSF-MRW Central District of California, Los Angeles<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of September 28, 2026, in San Francisco, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.