FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JEFFREY B. SEDLIK, an individual,

Plaintiff - Appellant,

v.

KATHERINE VON DRACHENBERG, an individual; AKA Kat Von D; et al.,

Defendants - Appellees.

No. 24-3367

D.C. No.
2:21-cv-01102-DSF-MRW
Central District of California,
Los Angeles

ORDER

MURGUIA, Chief Judge:

Amici Tattoo Artists' motion for clarification (Dkt. 145) is granted. The Tattoo Artists' amicus brief filed during the initial consideration of the appeal (Dkt. 22) remains part of the appellate record and is before the en banc court.