FILED

AUG 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JEFFREY B. SEDLIK, an individual,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>KATHERINE VON DRACHENBERG, an individual; AKA Kat Von D; et al.,<br><br>Defendants - Appellees. | No. 24-3367<br><br>D.C. No. 2:21-cv-01102-DSF-MRW<br>Central District of California, Los Angeles<br><br>**ORDER** |

**S.R. THOMAS**, Senior Circuit Judge and En Banc Coordinator:

On June 9, 2026, this Court ordered that this case be reheard en banc and vacated the three-judge panel opinion published at 163 F.4th 667 (9th Cir. 2026). *See Sedlik v. Von Drachenberg*, 177 F.4th 964 (9th Cir. 2026). The concurrently filed memorandum disposition (Docket Entry No. 94) is also vacated.